SARAH SHYATT et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued June 4, 1940; decided July 24, 1940.

*Joseph R. Apfel* and *Abraham Greenberg* for appellants.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.*, and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, SEARS and LEWIS, JJ. Dissenting: LOUGHRAN and RIPPEY, JJ. Taking no part: CONWAY, J.